IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1342

MOTOROLA SOLUTIONS, INC.,

     Appellant,

v.

VERNE WILLIAMS, ERIKA WILLIAMS, AND S. WILLIAMS, A MINOR, THROUGH HER NATURAL GUARDIANS, VERNE AND ERIKA WILLIAMS,

     Appellees.

_____/

Opinion filed July 8, 2016.

An appeal from an order of the Circuit Court for Duval County.
Thomas M. Beverly, Judge.

Stacy D. Blank, of Holland & Knight LLP, Tampa, and Dominic C. MacKenzie, of Holland & Knight LLP, Jacksonville, for Appellant.

Matthew B. Baggett and Amanda P. Baggett, of Baggett Law, Jacksonville; Niels P. Murphy and Geddes D. Anderson of Murphy & Anderson, P.A., Jacksonville, for Appellees (no appearances).

PER CURIAM.

     DISMISSED.  Delmas v. Harris, 806 So. 2d 578, 579 (Fla. 4th DCA 2002);

Naghtin v. Jones, 680 So. 2d 573 (Fla. 1st DCA 1996).

B.L. THOMAS, OSTERHAUS, and WINSOR, JJ., CONCUR.